1  Tracy L. Mainguy, Bar No. 176928
   Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
2  1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5
                    UNITED STATES DISTRICT COURT
6
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                    (SAN FRANCISCO HEADQUARTERS)
8

9
   JOHN BONILLA, GIL CROSTHWAITE, in    )  Case No.: C 06-3877 PJH
10 their respective capacities as Trustees of the )
   OPERATING ENGINEERS HEALTH AND       )  STIPULATION TO CONTINUE DATE
11 WELFARE TRUST FUND FOR               )  OF CASE MANAGEMENT
   NORTHERN CALIFORNIA et al.,          )  CONFERENCE AND DISMISS
12                                      )  DEFENDANT AMERICAN
                                        )  CONTRACTORS INDEMNITY
13           Plaintiffs,                )  COMPANY WITHOUT PREJUDICE;
           vs.                          )  ORDER THEREON
14                                      )
   CLARK ARNOLD CORPORATION et al.,     )
15                                      )
             Defendants.                )
16                                      )
                                        )
17                                      )

18
       Plaintiffs and Defendants hereby stipulate and agree to continue the case management
19
   conference currently calendared for September 21, 2006 at 2:30 p.m. until October 5, 2006 at
20
   2:30 p.m., or the first available date thereafter on which the Court is available to conduct the case
21
   management conference. The reason for the continuance is Plaintiffs' counsel will be in Florida
22
   at a conference put on by the International Foundation For Employee Benefits on September 21,
23
   2006. As she is the only attorney for the Plaintiffs in this matter, moving the date is necessary
24
   for the Plaintiffs to appear at the hearing.
25
       Additionally, in light of the complaint for interpleader filed in the Los Angeles County
   Superior Court (Santa Monica), Case Number 06C02814 relating to the Plaintiffs' claim against

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No. C 06-3877 PJH
                                    - 1 -

Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY, the above-captioned matter is dismissed without prejudice pursuant to Federal Rule of Procedure 41(a)(1) as to Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY.

Dated this 7 day of September of 2006

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L MAINGUY
ATTORNEY FOR PLAINTIFFS

Dated this 12 day of September of 2006

LAW OFFICES OF CHARLES E. BAUER
By: _____
CHARLES E. BAUER
ATTORNEY FOR DEFENDANTS

## ORDER

Based upon the above-stated stipulation for dismissal of action without prejudice and pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed without prejudice as to Defendant AMERICAN CONTRACTORS INDEMNITY COMPANY.

Additionally, based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for September 21, 2006 at 2:30 p.m. is continued until October 5, 2005 at 2:30 p.m. The parties are directed to file their joint case management conference statement no later than September 28, 2006.

Dated: 9/15/06

_____
PHYLLIS J.
HON. UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No. C 06-3877 PJH
- 2 -