1  Tracy L. Mainguy, Bar No. 176928
2  Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
   1620 South Loop Road
   Alameda, CA 94502
3  (510) 748-7474

4  Attorney for Plaintiffs

5

                    UNITED STATES DISTRICT COURT
6
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                     (SAN FRANCISCO HEADQUARTERS)
8

9

10  JOHN BONILLA, GIL CROSTHWAITE, in  )  Case No.: C 06-3877 PJH
    their respective capacities as Trustees of the )
    OPERATING ENGINEERS HEALTH AND  )  **STIPULATION TO CONTINUE DATE**
11  WELFARE TRUST FUND FOR           )  **OF CASE MANAGEMENT**
    NORTHERN CALIFORNIA et al.,      )  **CONFERENCE; ORDER THEREON**
12                                   )
                                     )
13         Plaintiffs,                )
        vs.                          )
14                                   )
                                     )
    CLARK ARNOLD CORPORATION et al., )
15                                   )
           Defendants.                )
16                                   )
                                     )
17  _____  )

18

19

20

21

22       Plaintiffs and Defendants hereby stipulate and agree to continue the case management

23  conference currently calendared for October 5, 2006 at 2:30 p.m. until October 26, 2006 at 2:30

24  p.m., or the first available date thereafter, except September 19, 2006, on which the Court is

25  available to conduct the case management conference. The reason for the continuance is

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No. C 06-3877 PJH
                              - 1 -

1. Defendants' trial counsel will be in court in Sacramento appearing on another matter and will
2. therefore be unable to attend the hearing.
3.
4. Dated this 2nd day of October of 2006

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L MAINGUY
ATTORNEY FOR PLAINTIFFS

Dated this 2nd day of October of 2006

LAW OFFICES OF CHARLES E. BAUER
By: _____
Charles E. Bauer
ATTORNEY FOR DEFENDANTS

## ORDER

Based upon the above-stated stipulation, and good cause appearing, the case management conference scheduled for October 5, 2006 at 2:30 p.m. is continued until October 26, 2005 at 2:30 p.m.

Dated: 10/3/06

_____
HON. _____ COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE:
Case No. C 06-3877 PJH

- 2 -