Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| JOHN BONILLA, GIL CROSTHWAITE, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK ARNOLD CORPORATION et al., <br><br> Defendants. | Case No.: C 06-3877 PJH <br><br> STIPULATION FOR ENTRY OF JUDGMENT BASED UPON SETTLEMENT AGREEMENT; ORDER THEREON |

Plaintiffs GIL CROSTHWAITE and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER THEREON;
Case No. C 06-3877 PJH
- 1 -

1 | MARKET PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY
2 | STABILIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY
3 | AND HIGHWAY COMMITTEE ("Operating Engineers Trust Funds") and Defendant CLARK
4 | ARNOLD CORPORATION, a California Corporation, with the intent to avoid the costs and
5 | time of litigation, stipulate as follows:
6 |     1.    Judgment will be entered against CLARK ARNOLD CORPORATION in the
7 | above-captioned matter in the amount of $91,358.92. This amount is the sum of the following:
8 | (1) principal, unpaid, reported contributions owed to the Operating Engineers Trust Funds in the
9 | amount of $69,692.94; (2) liquidated damages and interest relating to the delinquent
10 | contributions in the amount of $17,014.48; (3) Plaintiffs' attorney's fees in the amount of
11 | $4,387.50; and (4) Plaintiffs' costs in the amount of $1,164.00.
12 |     2.    The Plaintiffs may immediately take any and all legal steps to collect the
13 | judgment upon entry of the judgment by the Court.
14 |     3.    CLARK ARNOLD CORPORATION will bear its own legal costs, if any,
15 | associated with the above-captioned matter.
16 |     4.    Both parties had the opportunity to review the terms of this stipulation with legal
17 | counsel of their choice before executing it, and entered the stipulation voluntarily after reading
18 | the entire stipulation.
19 |     5.    Fax signature of the parties to this stipulation and their counsel, if any, shall be
20 | valid and enforceable. This document may be executed in counterparts.
21 |     6.    This Agreement shall be binding upon the parties, and their related affiliates and
22 | respective successors and assigns, and shall inure to the benefit of each of the persons and
23 | entities named herein, each of their heirs, administrators, representatives, executors, successors
24 | and assigns.
25 |     7.    This Agreement embodies the entire Agreement between the parties hereto. All
prior understandings and agreements by and between the parties hereto are merged into and

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER THEREON;
Case No. C 06-3877 PJH

- 2 -

1. superseded by this Agreement and no party released herein shall be bound by or liable for any
2. statement, representation, promise, inducement or understanding of any kind or nature not set
3. forth herein. This Agreement is the product of negotiation and preparation by and among the
4. parties hereto and their attorneys, if any. Therefore, the parties acknowledge and agree that this
5. Agreement shall not be deemed to have been prepared or drafted by one party or another, and
6. that it shall be construed accordingly. In the event that one or more of the provisions, or portions
7. of this Agreement is determine to by illegal or unenforceable, the remainder of this Agreement
8. shall not be affected hereby and each remaining provision or portion thereof shall continue to be
9. valid and effective and shall be enforceable to the fullest extent permitted by law.
10. RESPECTFULLY SUBMITTED.
11. Dated this 27th day of October of 2006

13. By: _____
14. WAYNE E. MCBRIDE
    COLLECTION MANAGER
    OPERATING ENGINEERS TRUST FUNDS

15. Approved by:
16. Dated this 31st day of October of 2006

17. OPERATING ENGINEERS LOCAL UNION NO.
    3 TRUST FUNDS – MULTI-SERVICES
18. 
19. By: _____
    TRACY L. MAINGUY
20. ATTORNEY FOR PLAINTIFFS
    OPERATING ENGINEERS TRUST FUNDS

25. //////

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER THEREON;
Case No. C 06-3877 PJH
- 3 -

1  Dated this 25 day of October of 2006

2  By: _____
3  ~~JONAS DANIEL CLARK, PRESIDENT~~
   CLARK ARNOLD CORPORATION
   CHRISTOPHER ARNOLD
4  Approved by: ___   SECRETARY/TREASURER/OWNER
   Dated this 26 day of October of 2006
5

6  LAW OFFICES OF CHARLES E. BAUER
   By: _____
7  Charles E. Bauer
   ATTORNEY FOR DEFENDANTS
8

9  ORDER

10  Based upon the above-stated stipulation, which is incorporated herein and made an order

11  of this Court, judgment in the amount of $91,358.92 will be entered forthwith by the Court

12  against the Defendant CLARK ARNOLD CORPORATION. Additionally, the Court will retain

13  jurisdiction to enforce the terms of the Stipulation.

14  DATED: 11/2/06

15  _____
16  HONORABLE _____ DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton
*United States District Court, Northern District of California* (seal)

STIPULATION FOR ENTRY OF JUDGMENT; [PROPOSED] ORDER THEREON;
Case No. C 06-3877 PJH
- 4 -